NAVID KANANI, ESQ. (SBN 270797)
LEONA KIWAN, ESQ. (SBN 322148)
**JS ABRAMS LAW, PC**
20501 Ventura Blvd., Suite 327
Woodland Hills, California 91364
Phone (818) 330-4515 | Fax: (818) 330-4138
Email: Navid@jsafirm.com
         Leona@jsafirm.com

JS6

Attorneys for Plaintiff,
PAULA ADAME

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| PAULA ADAME, an individual,<br><br>                Plaintiff,<br><br>     v.<br><br><br>GEODIS LOGISTICS, LLC; and DOES 1 through 100, Inclusive,<br><br>                Defendants. | Case No. 5-22-CV-00748-SP<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO REMAND THE ACTION TO STATE COURT**<br>**[16]**<br><br>Complaint Filed: October 6, 2021<br>Removed:        May 2, 2022<br>Trial Date:       Not yet set |

///

///

///

FP 44363357.1

# ~~[PROPOSED]~~ ORDER

Having considered the Stipulation to Remand to State Court filed by Plaintiff PAULA ADAME ("Plaintiff") and Defendant GEODIS LOGISTICS, LLC ("Defendant") (collectively, the "Parties"):

**IT IS THEREFORE ORDERED:**

1. The Notice of Removal filed by Defendant is hereby withdrawn;

2. This action shall be remanded to the Superior Court of the San Bernardino County ("State Court"), Case Number CIVSB2128619, effective as of the date of this signed Order; and

3. This action shall revert to its active status in State Court effective as of the date of this signed Order.

**IT IS SO ORDERED.**

Dated: June __29__, 2022

_____
Hon. R. Gary Klausner
United States District Judge

cc: San Bernardino Superior Court, CIVSB2128619

FP 44363357.1